■ SHUN YUEN YEE, an Infant, by Her Guardian ad Litem, SAM YEE, et al., Appellants, v. ROBERT LAND CORPORATION, Respondent.— Judgment

unanimously affirmed, witih $50 costs to the respondent. (Cf. *Broser* v. *Sternbach*, 5 N Y 2d 950.) No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Capozzoli, JJ.